FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF v. Serrano, Fernando DEFENDANT(S). | CASE NUMBER SA13-464 M **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tues Oct 15, 2013__, at __1:45__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/10/13__

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge